UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Louis Gareis & Lillian Gareis,
        Plaintiffs

v.

Case No. 16-cv-4187 (JNE/FLN)
ORDER

3M Company &
Arizant Healthcare, Inc.,
        Defendants.

The above-captioned case is a member case in the MDL *in re Bair Hugger Forced Air Warming Devices Products Liability Litigation*, 15-md-2666. The parties object to snippets of deposition testimony from Dr. Andrea Kurz, a scientist. Kurz Dep. 71-72, 118-22, 135-37, 143-46, 148-56, 159-64. These objections are sustained because they target testimony excluded by the Court's Order on the Motions in limine.

    IT IS SO ORDERED.

Dated: May 16, 2018

                        s/ Joan N. Ericksen
                        JOAN N. ERICKSEN
                        United States District Judge